**STATE of Missouri, Respondent,**

v.

**James SMALLEY, Appellant.**

No. ED 76490.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 25, 2000.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., MARY K. HOFF, J., and JAMES A. PUDLOWSKI, Sr. J.

## ORDER

PER CURIAM.

Defendant, James Smalley, appeals from the judgment entered after a jury found him guilty of possession of a controlled substance. Defendant was sentenced to four years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment of conviction is affirmed. Rule 30.25(b).